ACCEPTED
01-15-00088-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/12/2015 2:40:06 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00088-CV

**IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
OF TEXAS AT HOUSTON**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/12/2015 2:40:06 PM
CHRISTOPHER A. PRINE
Clerk

**ROLAND MOUTON, JR. and DELORIAN MORGAN JONES,
APPELLANTS**

**V.**

**CHRISTIAN FAITH MISSIONARY BAPTIST CHURCH, ET. AL.,
APPELLEES**

_____

**On Appeal from the 127th Judicial District Court
Harris County, Texas | Cause No. 2012-73452**

_____

**MOTION FOR EXTENSION OF TIME TO
FILE APPELLEE'S BRIEF**

Appellee, **CHRISTIAN FAITH MISSIONARY BAPTIST CHURCH**, files this motion for extension of time to file its Appellee's Brief.

1.    Applicable Deadlines:

The complete reporter's record was filed on February 2, 2015. The complete clerk's record was filed on March 27, 2015. Appellant's brief was filed on April 13, 2015. Appellee's Brief is due on June 12, 2015.

1

2. <u>Second Request for Extension of Time</u>:

This is Appellee's second request for an extension of time to file its Appellee's Brief. Appellee is asking for a 14-day extension from the date of this motion to file its Appellee's Brief, up to and including **June 26, 2015**.

3. <u>Legal Authority for Extension of Time</u>:

Pursuant to Texas Rule of Appellate Procedure 38.6(d), this Court is authorized to extend the time for filing a brief if a motion is filed in conformity with Texas Rule of Appellate Procedure 10.5, before or after the brief is due. This request is timely filed.

4. <u>Reasons for Request for Extension of Time</u>:

Counsel for Appellee needs a short amount of additional time to review the clerk's record, reporter's record, and briefing submitted by Appellant in this case, and to complete its briefing.

<u>PRAYER</u>

For the foregoing reasons, Appellee hereby requests that this Court grant an extension of the deadline to file its Appellee's Brief by 14 days from the date of this motion, up to and including **June 26, 2015.**

Respectfully submitted,

LAW OFFICE OF JANICE L. BERG

/s/ Janice L. Berg
**Janice L. Berg**
State Bar No. 24064888
1314 Texas Ave., Suite 1515
Houston, Texas 77002
Tel: 713-993-9100 | Fax: 713-225-0099
Service email: service@janiceberglaw.com
Non-service email: janice@janiceberglaw.com
**ATTORNEY FOR APPELLEE**

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for Appellant, Janice L. Berg, made reasonable attempts to confer with all parties regarding whether they oppose this motion:

- On June 12, 2015, counsel for Appellee contacted counsel for Appellant, Nathan Prihoda by email. Mr. Prihoda indicated that he was opposed to the 14-day extension of time.

/s/ Janice L. Berg
Janice L. Berg

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on all parties or counsel in accordance with the Texas Rules of Appellate Procedure on June 12, 2015.

/s/ Janice L. Berg
Janice L. Berg